■ In the Matter of PATRICIA VAN EGMOND, Petitioner, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Respondent. [816 NYS2d 922]—Proceeding pursuant to EDPL 207 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department) to review a determination of respondent.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 5, 2006,

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Scudder, Martoche, Smith and Hayes, JJ.